*Friday, October 18, 1996*

## MERIT DOCKET

**96–1838. Disciplinary Counsel v. Sorkin.**

On August 5, 1996, pursuant to Gov.Bar R. V(11)(F)(1), relator, Disciplinary Counsel, filed a certified copy of the Report and Recommendation of the Hearing Board of the Illinois Attorney Registration and Disciplinary Commission, the Report and Recommendation of the Review Board of the Illinois Attorney Registration and Disciplinary Commission, the Supreme Court of Illinois Order and Mandate entered on May 24, 1994, and the Supreme Court of Illinois Mandate entered on September 27, 1994, in which respondent, Samuel Maurice Sorkin of Deerfield, Illinois, Attorney Registration No. 0021027, was suspended from the practice of law for a period of one year. Upon consideration thereof,

IT IS ORDERED by this court that this cause be, and is, hereby, dismissed as moot.

MOYER, C.J., F.E. SWEENEY, PFEIFER and STRATTON, JJ., concur.

DOUGLAS, RESNICK and COOK, JJ., dissent and would order a one-year suspension.

## MOTION DOCKET

**93–2377. State v. Allen.**

Cuyahoga App. No. 62275. Upon consideration of the motion filed by counsel for appellant to continue stay of execution in the above-styled cause pending the exhaustion of state post-conviction remedies, and it appearing from the exhibits to the motion that a petition for post-conviction relief has been filed by appellant with the Cuyahoga County Common Pleas Court,

IT IS ORDERED by the court that said motion be, and the same is hereby, granted.

IT IS FURTHER ORDERED by the court that execution of sentence be, and the same is hereby, stayed pending the exhaustion of all proceedings for post-conviction relief before courts of this state, including any appeals.

IT IS FURTHER ORDERED that counsel for the appellant and for the appellee shall notify this court when all proceedings for post-conviction relief before courts of this state have been exhausted.

**94–2537. State v. Wilson.**

Lorain App. No. 92CA005396. Upon consideration of the motion for stay of execution of death sentence pending the exhaustion of state post-conviction proceedings, and it appearing from the exhibits to the motion that a petition for post-conviction relief has been filed by appellant with the Lorain County Common Pleas Court,

IT IS ORDERED by the court that said motion be, and the same is hereby, granted.

IT IS FURTHER ORDERED by the court that this stay shall remain in effect until exhaustion of all state post-conviction proceedings, including any appeals.

IT IS FURTHER ORDERED that counsel for the appellant and for the appellee shall notify this court when all proceedings for post-conviction relief before courts of this state have been exhausted.

**95–650. Kulch v. Structural Fibers, Inc.**

Geauga App. No. 93–G–1824. This cause is pending before the court as an appeal from the Court of Appeals for Geauga County. Upon consideration of appellees' motion for leave to file post-argument brief,

IT IS ORDERED by the court that the motion for leave to file post-argument brief be, and hereby is, denied.